# MINUTES

| | |
|---|---|
| CASE NUMBER: | 2:16-cv-01742-LEK (USDC, Eastern District of California) |
| CASE NAME: | Guillermo Bonilla, et al. Vs. California Highway Patrol, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 12/20/2016 | TIME: | |

COURT ACTION:  EO:  COURT ORDER VACATING STATUS CONFERENCE.

Status (Pretrial Scheduling) Conference set for 1/18/2017 at 10:00 AM is Vacated.

Submitted by: Warren N. Nakamura, Courtroom Manager