XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ALBERTO L. GONZALEZ, State Bar No. 117605
Supervising Deputy Attorney General
CATHERINE WOODBRIDGE, State Bar No. 186186
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-8216
 Fax: (916) 322-8288
 E-mail: Catherine.Woodbridge@doj.ca.gov
*Attorneys for Defendant California Highway Patrol*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GUILLERMO BONILLA, SANDRA AMAYA BONILLA,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA HIGHWAY PATROL AN AGENCY OF THE STATE OF CALIFORNIA; OFFICER MCKENZIE AND SGT. PETERSON and DOES 1 TO 50,**<br><br>Defendants. | 2:16-cv-01742-LEK<br><br>**STIPULATION AND ORDER TO CONTINUE AMENDMENT**<br><br>Action Filed: November 24, 2015 |

The parties hereto, Plaintiffs Guillermo and Sandra Bonilla and Defendant California Highway Patrol hereby stipulate and agree to a thirty (30) day continuance to allow Plaintiffs to file an amended complaint. Plaintiffs' amended complaint shall be filed no later than March 16, 2017. The request for continuance is based on the parties working toward an informal resolution of the claims.

Dated: February 15, 2017

　　　　　　　　　　　　　　　　　　　　　_/s/ Cyrus Zal_____
　　　　　　　　　　　　　　　　　　　　　Cyrus Zal, Attorney for Plaintiffs

| | |
|---|---|
| Dated:  February 15, 2017 | Respectfully submitted, |
| | XAVIER BECERRA<br>Attorney General of California<br>ALBERTO L. GONZALEZ<br>Supervising Deputy Attorney General |
| | */s/ Catherine Woodbridge* |
| | CATHERINE WOODBRIDGE<br>Deputy Attorney General<br>*Attorneys for Defendants*<br>*California Highway Patrol* |

The parties having stipulated to allow Plaintiffs thirty (30) days to amend the complaint and good cause appearing

IT IS HEREBY ORDERED THAT Plaintiffs are granted a thirty (30) day continuance to file an amended complaint consistent with the Court's January 17, 2017 order.  The amended complaint shall be filed no later than March 16, 2017.

Dated: February 16, 2017.

 /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

SA2016301284
32760531

2